Carney Realty Corp. v Elite Tent & Party Rental (2021 NY Slip Op
51197(U))

[*1]

Carney Realty Corp. v Elite Tent & Party Rental

2021 NY Slip Op 51197(U) [73 Misc 3d 141(A)]

Decided on December 9, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 9, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2020-842 N C

Carney Realty Corp., Respondent,
against
Elite Tent and Party Rental, Appellant. 

Rosenthal, Curry & Kranz, LLP (Edward M. Rosenthal and Patrick W. Curry of counsel),
for appellant.
Law Office of Judah Z. Cohen, PLLC (Judah Z. Cohen of counsel), for respondent.

Appeal from a judgment of the City Court of Glen Cove, Nassau County (Richard J.
McCord, J.), entered May 8, 2020. The judgment, after a nonjury trial, awarded landlord the
principal sum of $38,789.42 in a nonpayment summary proceeding.

ORDERED that the judgment is reversed, without costs, and the matter is remitted to the
City Court for further proceedings. 
Landlord commenced this commercial nonpayment proceeding in November 2019. Tenant
answered and interposed various counterclaims. Before the start of a nonjury trial, tenant, on the
record, surrendered possession of the premises and returned the keys to landlord's agent. In a
decision dated May 8, 2020, the City Court specified that it found "the issue of possession
resolved" and awarded landlord $38,789.42, which included an abatement based upon tenant's
counterclaims. A "monetary judgment," dated May 8, 2020, was entered in landlord's favor in the
principal sum of $38,789.42. 
On appeal, tenant argues that it is entitled to a complete abatement due to landlord's actions.
However, we do not reach the merits of tenant's contention, as the "money judgment" was
improperly entered, and cannot stand, as there was no concomitant award of possession to
landlord (see Fieldbridge Assoc., LLC v
Sanders, 70 Misc 3d 140[A], 2021 NY Slip Op 50128[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2021]; Patchogue
Assoc. v Sears, Roebuck & Co., 37 Misc 3d 1 [App Term, 2d Dept, 9th &
10th Jud Dists 2012]; 615 Nostrand
Ave. Corp. v Roach, 15 Misc 3d 1 [App Term, 2d Dept, 2d & 11th Jud Dists
2006]).
Accordingly, the judgment is reversed and the matter is remitted to the City Court for further
proceedings.
RUDERMAN, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 9, 2021